BANKERS TRUST COMPANY, Appellant, *v.* 1 EAST 88TH STREET CORPORATION, Respondent, Impleaded with Another.

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 369.)

FRANCIENE HOFMANN, Respondent, *v.* MAX H. HOFMANN et al., Defendants, and SUNWOOD HOMES, INC., et al., Appellants. (Eleven Other Actions.)

Submitted September 30, 1940; decided October 8, 1940.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 730.)

WILLIAM H. KNIFFIN, as Trustee in Bankruptcy of C. H. EARLE, INC., Appellant, *v.* STATE OF NEW YORK, Respondent.

(Claim No. 21770.)

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 317.)